[No. 10667–5–III. Division Three. February 21, 1991.]

LARRY J. MARSH, *Respondent*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 89–2–03013–1, William J. Grant, J., entered February 20, 1990. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Shields, A.C.J., and Munson, J.

[No. 10400–1–III. Division Three. February 21, 1991.]

*In the Matter of the Estate of* STEVEN G. SMITH.

COLLEEN SMITH, *as Personal Representative, Appellant*, v. WASHINGTON WATER POWER COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 86–2–03967–2, William J. Grant, J., entered November 16, 1989. *Affirmed* by unpublished opinion per Munson, J., concurred in by Shields, A.C.J., and Thompson, J.

[No. 9959–8–III. Division Three. February 21, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. SANDRA JEAN ROEMMICH, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 87–1–00229–5, Evan E. Sperline, J., entered April 19, 1989. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Shields, A.C.J., and Munson, J.